**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

FILED
AUG - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Georgia F. Stewart
3801 South Dakota Ave NE
Washington, DC 20018

vs

Margaret N. Alexander, MD
9100 Old Georgetown Road
Bethesda, MD 20814

CASE NUMBER   1:06CV01395

JUDGE: Emmet G. Sullivan

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/07/2006

On May 7th, 2004 at Providence Hospital, Dr. Margaret Alexander performed a Hysterectomy on Mrs. Georgia F. Stewart, after informing her that she had cancer of the uterus. After the surgery had been completed, Dr. Alexander did a biopsy on this now removed uterus, and discovered that there was no cancer at all. Mrs. Georgia F. Stewart has been subjected to a hysterectomy that wasn't needed and has suffered because of this ever since.

WHEREFORE, plaintiff Georgia F. Stewart demands judgment against the defendant Margaret Alexander in the amount of Forty Million Dollars ($40,000.000.00).

Georgia F. Stewart
8/7/2006
3801 South Dakota Ave NE
Washington, DC. 20018
(202) 882-0801

1