ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

OCT 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| GEORGIA F. STEWART | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 06-1395 (EGS) |
| v. | ) | |
| | ) | |
| | ) | |
| MARGARET N. ALEXANDER, M.D. | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Georgia F. Stewart, hereby submits a Notice of Voluntary Dismissal of the above-captioned action.  Plaintiff's notice is filed pursuant to Fed. R. Civ. P. 41(a)(1)(I) which provides that "an action may be dismissed by the plaintiff without order of court (I) by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment, whichever first occurs..."  Plaintiff files this Notice of Voluntary of Dismissal prior to the filing by the defendant of an answer or a motion to dismiss or, in the alternative, for summary judgment.  Accordingly, plaintiff is entitled to a voluntary dismissal of this action without order of court.

Respectfully submitted,

*Georgia F. Stewart*

Georgia F. Stewart
3801 South Dakota Avenue, N. E.
Washington D. C. 20018
Pro Se Plaintiff

Date: _____Oct. 18_____,2006